No. 01–1010. BURTON *v.* FAIRMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–1014. STUMBO *v.* DYNCORP PROCUREMENT SYSTEMS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1016. KERR *v.* COHEN. Ct. App. Ga. Certiorari denied.

No. 01–1017. LUTHER *v.* THORSEN. Ct. App. Mich. Certiorari denied.

No. 01–1019. RAY *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 01–1021. SILVER SPUR RESERVE, DBA SILVER SPUR MANOR *v.* CITY OF PALM DESERT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–1022. OAKES ET AL. *v.* HORIZON FINANCIAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1023. ZAHN *v.* MICHIGAN. Cir. Ct. Genesee County, Mich. Certiorari denied.

No. 01–1029. URBAN *v.* HURLEY. C. A. 2d Cir. Certiorari denied.

No. 01–1033. BORLAWSKY *v.* TOWN OF WINDHAM ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1035. BURKHART *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 01–1036. BAY MILLS INDIAN COMMUNITY *v.* MICHIGAN ET AL. Ct. App. Mich. Certiorari denied.

No. 01–1037. JEFFERSON ET AL. *v.* COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 01–1038. LYNCH *v.* FLAHERTY ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.